**CRIMINAL COMPLAINT**
(Electronically Submitted)

| **United States District Court** | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Miguel Lux-Ixcotoiac<br>YOB: 1987; Citizen of Guatemala | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>20-04668MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a) and (b)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about March 19, 2020, at or near Robles Junction, in the District of Arizona, **Miguel Lux-Ixcotoiac**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through El Paso, Texas on June 18, 2018, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Miguel Lux-Ixcotoiac** is a citizen of Guatemala. On June 18, 2018, **Miguel Lux-Ixcotoiac** was lawfully denied admission, excluded, deported and removed from the United States through El Paso, Texas. On March 19, 2020, agents found **Miguel Lux-Ixcotoiac** in the United States at or near Robles Junction, Arizona, without the proper immigration documents. **Miguel Lux-Ixcotoiac** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>LMG2/JJO<br>AUTHORIZED AUSA /s/Liza Granoff<br><br>Sworn by telephone  x | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>John J. O'Connor<br>Border Patrol Agent |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>/s/ Maria S. Aguilera | DATE<br>March 20, 2020 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54